AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Tyler Campanella

*Defendant*

)
) Case: 1:24-mj-00028
) Assigned To : Judge Moxila A. Upadhyaya
) Assign. Date : 1/26/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Tyler Campanella__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(B)- Entering and Remaining in the Gallery of Congress;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __01/26/2024__

*Issuing officer's signature*

City and state: __Washington, D.C.__   __Moxila A. Upadhyaya__
*Printed name and title*

### Return

This warrant was received on *(date)* __1-26-24__, and the person was arrested on *(date)* __04-17-24__
at *(city and state)* __New York, New York__.

Date: __04-17-24__

*Arresting officer's signature*

__Detective Miguel Soto__
*Printed name and title*